UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RQAW CORPORATION,<br><br>                Plaintiffs,<br><br>   v.<br><br>CARTER & BURGESS, INC.,<br><br>                Defendants.<br><br>CARTER & BURGESS, INC.,<br><br>                Counter-Plaintiff,<br><br>   v.<br><br>RQAW CORPORATION,<br><br>                Counter-Defendant. | CASE NO. 1:05-cv-0059-DFH-TAB |

FINAL JUDGMENT

The court having this day granted defendant's motion to dismiss, it is hereby ORDERED, ADJUDGED, AND DECREED that the claims of plaintiff RQAW Corporation and the counterclaims of defendant Carter & Burgess, Inc. are hereby DISMISSED WITHOUT PREJUDICE.

Date: January 5, 2006

_David F Hamilton_
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _Linda S Carmichael_

Deputy Clerk, U.S. District Court

Copies to:

James Dimos
LOCKE REYNOLDS LLP
jdimos@locke.com

James C. Gordon
WINSTEAD SECHREST & MINICK P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2199

Nicholas Christo Nizamoff
STUART & BRANIGIN
ncn@stuartlaw.com

R. Scott Rhoades
WINSTEAD SECHREST & MINICK P.C.
srhoades@winstead.com

Melissa D. Schwaller
WINSTEAD SECHREST & MINICK P.C.
mschwaller@winstead.com

John Mathews Stuckey
STUART & BRANIGIN LLP
jms@stuartlaw.com

Joel E. Tragesser
LOCKE REYNOLDS LLP
jtragesser@locke.com

Sanford E. Warren, Jr.
WINSTEAD SECHREST & MINICK P.C.
swarren@winstead.com